**ORIGINAL**

**FILED**

03/25/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0137

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0137

_____

J.V.,

      Petitioner,

      v.

MONTANA EIGHTEENTH JUDICIAL
DISTRICT COURT, HON. RIENNE McELYEA,
Presiding,

      Respondent.

_____

MAR 2 5 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

      Petitioner J.V., via counsel, seeks a writ of supervisory control to reverse the February 28, 2022 Order Granting Extension of Temporary Legal Custody until May 4, 2022 of the Thirteenth Judicial District Court, Gallatin County, in its Cause No. DN-20-74-B.

      Having reviewed the Petition and the challenged Order, this Court deems it appropriate to obtain a summary response. Therefore, in accordance with M. R. App. P. 14(7),

      IT IS ORDERED that the Eighteenth Judicial District Court and the State of Montana, or both, are each granted twenty days from the date of this Order, to prepare, file, and serve a response to the petition for writ of supervisory control.

      The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all counsel of record in the Eighteenth Judicial District Court, Gallatin County, Cause No. DN-20-74-B, and the Honorable Rienne McElyea, presiding.

      DATED this 25th day of March, 2022.

For the Court,

By _____
                           Justice